**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Michelle Tenzer-Fuchs, on behalf of herself and all others similarly situated,

                Plaintiffs,

-against-

Colonel Littleton, LTD, Inc.
                Defendant.

**FILED**
**CLERK**
1/19/2021 1:03 pm

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

Case No. 2:20-CV-3150

**NOTICE OF VOLUNTARY**
**DISMISSAL**
**WITHOUT PREJUDICE**

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) without prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:  Forest Hills, New York
        January 15, 2021

Case closed.
SO ORDERED.
/s/ JMA, USDJ
1/19/2021

Respectfully submitted,

By: /s/Jonathan Shalom
Jonathan Shalom, Esq.
SHALOM LAW, PLLC.
Phone: (718) 971-9474
Email: Jonathan@ShalomlawNY.com

*Attorneys for Plaintiff*